```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :     21cr067(DLC)
                                         :
            -v-                          :     ORDER
                                         :
DANIEL KAMENSKY,                         :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    With consent of all parties, it is hereby

    ORDERED that the time of the arraignment and plea proceeding scheduled for February 3, 2021 is moved from 3:00 p.m. to 2 p.m.

Dated:    New York, New York
            February 3, 2021

                                          _____
                                          DENISE COTE
                            United States District Judge