

15 Salem Lane
Port Washington
NY 11050

The Honorable Denise L. Cote,
U.S. District Judge,
Southern District of New York,
500 Pearl Street,
New York, NY 10007

15-April-2021

Dear Judge Cote,

You will be sentencing Dan Kamensky in May and I hope to give you some background into Dan as a friend and former fellow commuter.

I first met Dan in 2012 when I started commuting into NYC. We commuters tend to be creatures of habit, getting the same train each day and sitting in the same places. "Our" spot on the train was a friendly spot with many lively conversations in the morning (leading to more than one spilled coffee which Dan would mop up with his newspaper). Conversations covered all sorts of topics including something very dear to my heart – running. Conversation went something like this "You run? I run! Saturday morning 6 miles, 8am my house". So Dan joined me and my friends for some miles and more talk and we pushed him to go a little faster and run a little longer over time. We got to know Dan as a funny guy, always happy to run with us and talk about the news and politics, family and anything else to while away the miles. He is so proud of his daughter and her art. During one run we talked through how to handle some bullying issues she was having – girls can be really mean. During another run we found out his wife had written a novel and it was being published. He is so proud of her and her talents. My impression of Dan is that he is very supportive of the women in his life. At the start of one run recently, I suggested that we walk up a hill and Dan immediately asked what was wrong, was I OK to run, what could he do to help (I've been dealing with some health issues). That's the Dan that I know. He was so concerned about me.

I hope this has given you a little insight into Dan. Fundamentally, he is a good person and I think his competitive side got the better of him. I'm sure his skill set can be put to good use as part of his reparation,

Yours sincerely

Bernadette (Bernie) Cunningham