# United States v. Daniel B. Kamensky
# Case No. 21-cr-00067 (DLC)
# Sentencing Memorandum Exhibit Index

| Exhibit | Document |
| --- | --- |
| **LETTERS FROM FAMILY MEMBERS** | |
| Ex. 1. | Amy Blumenfeld Kamensky Support Letter |
| Ex. 2. | Judy and Marvin Kamensky Support Letter |
| Ex. 3. | Rob Kamensky Support Letter |
| Ex. 4. | Todd Kamensky Support Letter |
| Ex. 5. | Matthew Kamensky Support Letter |
| Ex. 6. | Alexis Kamensky Support Letter |
| Ex. 7. | Vicki and Joel Blumenfeld Support Letter |
| Ex. 8. | Deborah Kamensky Support Letter |
| Ex. 9. | Joshua Blumenfeld & Michelle Witman Support Letter |
| Ex. 10. | Jerrold Kamensky Support Letter |
| Ex. 11. | Jack Rebolledo Support Letter |
| Ex. 12. | Debbie Zide Support Letter |
| **LETTERS FROM FRIENDS** | |
| Ex. 13. | A.J. Levin Support Letter |
| Ex. 14. | Anthony Marino Support Letter |
| Ex. 15. | David Lieberman Support Letter |
| Ex. 16. | Edings Thibault Support Letter |
| Ex. 17. | Emilio Savone Support Letter |
| Ex. 18. | Geoff Tracy Support Letter |
| Ex. 19. | Gian-Carlo Peressutti Support Letter |
| Ex. 20. | Harry Mamaysky Support Letter |

| Exhibit | Document |
|---|---|
| Ex. 21. | Kelly Mamaysky Support Letter |
| Ex. 22. | Jeff Srulovitz Support Letter |
| Ex. 23. | Michelle Klein Support Letter |
| Ex. 24. | Mickey Belgrod Support Letter |
| Ex. 25. | Shira Citro Support Letter |
| Ex. 26. | Steve Schembri Support Letter |
| Ex. 27. | Steven Goode Support Letter |
| Ex. 28. | Yvette Sharret Support Letter |
| Ex. 29. | Bob Bartlotti Support Letter |
| Ex. 30. | Danielle Kaufman Support Letter |
| Ex. 31. | Dean Wagner Support Letter |
| Ex. 32. | Furio Savone Support Letter |
| Ex. 33. | Emre Timurkan Support Letter |
| Ex. 34. | Erik Groothuis Support Letter |
| Ex. 35. | Ken Picache Support Letter |
| Ex. 36. | Michael Schor Support Letter |
| Ex. 37. | Nick Morello Support Letter |
| Ex. 38. | Phil Pallone Support Letter |
| Ex. 39. | Rich Friedman Support Letter |
| **LETTERS FROM BUSINESS ACQUAINTANCES** ||
| Ex. 40. | Adam Herz Support Letter |
| Ex. 41. | Alan Carr Support Letter |
| Ex. 42. | David Pauker Support Letter |
| Ex. 43. | Elliot Ganz Support Letter |

| Exhibit | Document |
|---|---|
| Ex. 44. | Evan Lederman Support Letter |
| Ex. 45. | Hal Novikoff Support Letter |
| Ex. 46. | Howard Shams Support Letter |
| Ex. 47. | Jared Nussbaum Support Letter |
| Ex. 48. | Jim Seery Support Letter |
| Ex. 49. | Leslee Cowen Support Letter |
| Ex. 50. | Marc Heimowitz Support Letter |
| Ex. 51. | Marc Kirschner Support Letter |
| Ex. 52. | Mike Barr Support Letter |
| Ex. 53. | Mike Kerrigan Support Letter |
| Ex. 54. | Raj Iyer Support Letter |
| Ex. 55. | Rich Levin Support Letter |
| Ex. 56. | Ronen Bojmel Support Letter |
| Ex. 57. | Saul Burian Support Letter |
| Ex. 58. | Steven Blumgart & Michael Benaim Support Letter |
| Ex. 59. | Bob Rosenberg Support Letter |
| Ex. 60. | Bram Weber Support Letter |
| Ex. 61. | Drew Doscher Support Letter |
| Ex. 62. | Ephraim Diamond Support Letter |
| Ex. 63. | Gerard Uzzi Support Letter |
| Ex. 64. | Joe Kaufman Support Letter |
| Ex. 65. | Michael Leffell Support Letter |
| Ex. 66. | Paul Silverstein Support Letter |

| Exhibit | Document |
|---|---|
| Ex. 67. | Peter Kaufman Support Letter |
| Ex. 68. | Thomas Hoffmann Support Letter |
| **LETTERS FROM WORK COLLEAGUES** | |
| Ex. 69. | Ben Steiner Support Letter |
| Ex. 70. | Brett Schlesinger Support Letter |
| Ex. 71. | Greg Pearson Support Letter |
| Ex. 72. | John Falcone Support Letter |
| Ex. 73. | Nicole Caiazzo Support Letter |
| Ex. 74. | Putnam Coes Support Letter |
| Ex. 75. | Rick Feinstein Support Letter |
| Ex. 76. | Sam Molinaro Support Letter |
| Ex. 77. | Peter Hall Support Letter |
| Ex. 78. | Art Steinberg Support Letter |
| Ex. 79. | George Brickfield Support Letter |
| Ex. 80. | John Slater Support Letter |
| Ex. 81. | Stephen Rutenberg Support Letter |
| **LETTERS FROM SCHOOLS & CHARITIES** | |
| Ex. 82. | Doron Almog Support Letter |
| Ex. 83. | Adam Altman Support Letter |
| Ex. 84. | Michael Feinman Support Letter |
| Ex. 85. | Michael Ultsh Support Letter |
| Ex. 86. | Nick Castellano Support Letter |
| Ex. 87. | Russell Robinson Support Letter |
| Ex. 88. | Scott Sokol Support Letter |

| Exhibit | Document |
|---|---|
| Ex. 89. | Janet Hakim Support Letter |
| Ex. 90. | Rabbi Mishkin Support Letter |
| Ex. 91. | Sandi Swerdloff Support Letter |
| Ex. 92. | Fabio Novick Support Letter |
| **OTHER LETTERS** | |
| Ex. 93. | Arthur Gonzalez Support Letter |
| Ex. 94. | Dineen Wasylik Support Letter |
| Ex. 95. | Ed Altman Support Letter |
| Ex. 96. | Christopher Kennedy Support Letter |
| Ex. 97. | Michelle Singh Support Letter |
| Ex. 98. | Tracy Fenton Support Letter |
| Ex. 99. | Alissa Dandrilli Support Letter |
| Ex. 100. | Bernie Cunningham Support Letter |
| Ex. 101. | Carl Wolkin Support Letter |
| Ex. 102. | Kira Bartlett Support Letter |
| Ex. 103. | Nancy Rapoport Support Letter |
| **OTHER EXHIBITS** | |
| Ex. 104. | [redacted] |
| Ex. 105. | Daniel Kamensky – US Trustee Transcript, dated Aug. 16, 2020 |
| Ex. 106. | Mohsin Meghji – US Trustee Transcript, dated Aug. 14, 2020 |
| Ex. 107. | Mohsin Meghji – Deposition Transcript, dated Sept. 22, 2020 |
| Ex. 108. | Email from M. Meghji, dated Aug. 3, 2020 |
| Ex. 109. | Email from M. Nishida, dated Sept. 8, 2020 |
| Ex. 110. | Email from M. Vivek, dated Aug. 7, 2020 |

| Exhibit   | Document                                                                 |
|-----------|--------------------------------------------------------------------------|
| Ex. 111.  | Email from E. de Fontenay, dated Apr. 14, 2021                           |
| Ex. 112.  | MCM Data Consulting Memorandum, dated Apr. 9, 2021                       |
| Ex. 113.  | Federal Bureau of Prisons COVID-19 Action Plan, dated Mar. 13, 2020      |
| Ex. 114.  | Board of Prisons Quarantine Guidance, dated Aug. 7, 2020                 |
| Ex. 115.  | US Trustee Statement, dated Aug. 19, 2020                                |
| Ex. 116.  | Daniel Kamensky – Deposition Transcript, dated Jan. 29, 2019             |
| Ex. 117.  | *In re Tuesday Morning Corp.* – Confirmation Hrg. Tr., dated Dec. 22, 2020 |
| Ex. 118.  | Richard Pachulski – US Trustee Transcript, dated Aug. 14, 2020           |