```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                -v-                       :    21cr67 (DLC)
                                          :
DANIEL KAMENSKY,                          :       ORDER
                                          :
                      Defendant.          :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

To assist in the sentencing of the defendant Daniel Kamensky on May 7, it is hereby

ORDERED that the Government shall promptly provide the Court with the transcript and audiotape of the conversation between the defendant and Mr. Femenia of July 31, 2020.

Dated:   New York, New York
         May 5, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge