UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :   21cr67(DLC)
            -v-                          :
                                         :   ORDER
DANIEL KAMENSKY,                         :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

It is hereby

ORDERED that the defendant's request to file his sentencing submissions in redacted form on the docket is granted.

Dated:   New York, New York
         May 14, 2021

                                   _____
                                           DENISE COTE
                                   United States District Judge