**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG · BEIJING
BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL · SILICON VALLEY

D: +1 212-225-2950
jkim@cgsh.com

February 23, 2022

BY ECF

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

Re:  United States v. Daniel B. Kamensky, 21-cr-67 (DLC)

Dear Judge Cote:

We represent Daniel B. Kamensky, the defendant, in the above-captioned case. Pursuant to the sentence the Court imposed on May 7, 2021 of six months' incarceration, followed by six months' supervised release with a condition of home detention, Mr. Kamensky is currently serving his six-month term of supervised release which commenced on December 16, 2021.

We write to request the Court's approval for three trips Mr. Kamensky seeks to make during his time on supervised release. Specifically, we request the Court's approval for Mr. Kamensky to travel (1) to Chicago and Michigan from March 9 to 10, 2022 in order to attend meetings related to a business opportunity Mr. Kamensky is pursuing for his professional life following the completion of his sentence; (2) to Florida from March 17 to 20, 2022 to visit his ailing father; and (3) to Illinois from March 31 to April 3, 2022 to attend his niece's bat mitzvah. During these times, he will continue to be monitored by the Probation Office through location monitoring technology and will be required to stay within a designated home, other than for approved meetings or events outside of the home.

*Granted.*

*Denise Cote*
*2/24/22*

The Honorable Denise L. Cote
p. 2

    We have consulted with the Probation Department and the Government, and they do not object to the requests.

                               Respectfully submitted,

                               Joon H. Kim

cc:    Probation Officer Joseph Barlow (by email)
        AUSA Richard Cooper (by email)
        AUSA Daniel Tracer (by email)